UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

JOSE JORGE RUFINO LADRILLERO,

    Petitioner,

v.

ROBERT CERNA, et al.,

    Respondents.

No. 1:26-CV-124-H

## ORDER OF DISMISSAL

Before the Court is the petitioner's Notice of Nonsuit without Prejudice. Dkt. No. 5. The respondents have not made any filings in this case. Thus, the Court construes the notice as a notice of dismissal under Federal Rule of Civil Procedure 41(a)(1)(A)(i). The notice is approved. The petitioner's claims against the respondents are dismissed without prejudice, and the Clerk of Court is directed to close the case. The parties shall each bear their own costs and attorneys' fees.

The pending application for admission pro hac vice (Dkt. No. 2) is denied as moot.

So ordered on April __6__, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE